UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| U.S. Bank N.A., | ) | FILE NUMBER: 0:11-cv-02933 (SRN/JJG) |
| Plaintiff, | ) | |
| vs. | ) | **PLAINTIFF'S** |
| | ) | **RULE 41 VOLUNTARY** |
| Goldenberg & Johnson, PLLC, | ) | **DISMISSAL OF ACTION** |
| Stuart L. Goldenberg, Michael K. | ) | **WITHOUT PREJUDICE** |
| Johnson, GoldenbergLaw, PLLC, and | ) | |
| Johnson Becker, PLLC, | ) | |
| Defendants. | ) | |

TO:  Defendants Goldenberg & Johnson, PLLC, Stuart L. Goldenberg, Michael K. Johnson, GoldenbergLaw, PLLC, and Johnson Becker, PLLC (collectively "Defendants") and their counsel, Thomas P. Harlan, Madigan Dahl & Harlan, PA, 222 South Ninth Street, Suite 3150, Minneapolis, MN 55402.

Please Take Notice that Plaintiff U.S. Bank N.A. ("U.S. Bank"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all claims raised in this action without prejudice, including, but not limited to, the claims of fraudulent transfer, against all defendants, none of whom have either filed an answer or a motion for summary judgment.

Dated: December 27, 2011.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By    /s/ Charles K. Maier
   Charles K. Maier (MN 230315)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3242
Facsimile : (612) 632-4242
Charles.Maier@gpmlaw.com

ATTORNEYS FOR PLAINTIFF

GP:3091518 v1